Sam Franklin DAVIS, III,
Plaintiff—Appellant,

v.

State of NORTH CAROLINA; Robert Erwing, Attorney at Law; Ina Weinman, Prosecutor; Candi Renee Cook, Victim, Defendants—Appellees.

No. 09–7566.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Sam Franklin Davis, III, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sam Franklin Davis, III, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. North Carolina,* No. 1:09–cv–00333–TDS–PTS (M.D.N.C. Aug. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*